IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIMBERLY DIVELBLISS, et al, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. RDB 07-CV-3025 |
| MEERA APPASWAMY, M.D., et al., | * | |
| Defendants | * | |

*************

### ORDER
### PURSUANT TO D. MD. R. 111

Having been notified by counsel for all parties that this matter has been settled, it is this 17th day of August, 2009, by the United States District Court for the District of Maryland, **ORDERED**:

1. That this case be, and the same hereby is, **DISMISSED**, pursuant to D. Md. R. 111, without prejudice to the right of a party to move for good cause to reopen the case within __30__ days if the settlement is not consummated; and

2. That open costs shall be paid by the Defendants.

_____
The Hon. Richard D. Bennett
Judge, U.S. District Court for the District of Maryland